■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD DAVIS-EL, Appellant.— Motion for leave to appeal as a poor person and for assignment of counsel on an appeal from an order of the County Court, Nassau County, entered April 29, 1960 denying, without a hearing, defendant's *coram nobis* application. Motion denied. From the papers submitted on this motion it affirmatively appears as matter of law that defendant is not

entitled to any relief by way of *coram nobis* because all the alleged errors were reviewable on an appeal from the original judgment of conviction (cf. *People ex rel. Meers* v. *Martin,* 4 N Y 2d 898; *People* v. *Allgood,* 2 A D 2d 931, 932; *People* v. *Schoenfeld,* 1 A D 2d 897). Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.